FEB 13 2024 AM11:4

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

_Northern_ District of _New York_

_Binghamton_ Division

)
)
)    Case No.   **3:24-CV-208 (MAD/**
)
)       _(to be filled in by the Clerk's Office)_ **ML)**
)

_Jamil Abdul Muhammad_

**Plaintiff(s)**
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

_International Monetary Fund (IMF)_
_Kristalina Georgieva_
_Gita Gopinath_

**Defendant(s)**
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)_

)
)   Jury Trial: _(check one)_ ☑Yes ☐No
)
)
)
)
)
)
)
)
)
)
)
)
)

42 USC Sub 1983
18 USC. Sub. 241
Americans with Disabilities
Act.
No Fear Act

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
FEB 13 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _Jamil Abdul Muhammad_ |
| Street Address | _114 Clinton St. Apt. 5_ |
| City and County | _Binghamton (County BRoome)_ |
| State and Zip Code | _New York 13905_ |
| Telephone Number | _(404) 547-3255_ |
| E-mail Address | _jh-management-jh @ yahoo.com_ |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — *International monetary Fund (IMF)*
Job or Title *(if known)* — *Financial Institution*
Street Address — *700 19th St. N.W.*
City and County — *Washington (No County)*
State and Zip Code — *District of Columbia 20431*
Telephone Number — *(202) 623-7000*
E-mail Address *(if known)*

Defendant No. 2

Name — *Kristalina Georgieva*
Job or Title *(if known)* — *Managing Director*
Street Address — *700 19th St. N.W.*
City and County — *Washington (No County)*
State and Zip Code — *District of Columbia 20431*
Telephone Number — *(202) 623-7000*
E-mail Address *(if known)*

Defendant No. 3

Name — *Gita Gopinath*
Job or Title *(if known)* — *First Deputy Managing Director*
Street Address — *700 19th St. N.W.*
City and County — *Washington (no County)*
State and Zip Code — *District of Columbia 20431*
Telephone Number — *(202) 623-7000*
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 USC sub. 1983 / 18 USC Sub. 241 / No Fear Act / Americans with Disabilities Act / 1st, 4th, 7th, 8th, 9th, 14th Amendment / 12 USC Sub. 378 / 12 USC. Sub. 62 / 12 USC Sub. 66 / 12 USC Sub 67 / 18 USC Sub 83/x / 18 USC Sub. 471, 472, 473 / 22 USC Sub. 286p

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See: Statement of Claim & Relief
Attachment

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ILLegally detained Personal property Assets, Stocks, Dividends, Common Stock In-Kind has been denied/imposed upon and from plaintiff Jamil Abdul Muhammad since Birth of 11-15-63 to present 2-13-24 By Defendents Board members, Financial Institutions, Securities Agencies.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attachment IV. Relief
Also Seeking Remedy, Redemption Award of Fedility Bonds, Faith and performance Bonds of Each Defendant(s) to be paid and awarded To plaintiff As Compensation.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2 - 13 - 24

Signature of Plaintiff

Printed Name of Plaintiff    Jamil Abdul Muhammad

### B.   For Attorneys

Date of signing:

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

# FORM 3

# INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

The Commission is authorized to solicit the information required by this Form pursuant to Sections 16(a) and 23(a) of the Securities Exchange Act of 1934, and Sections 30(h) and 38 of the Investment Company Act of 1940, and the rules and regulations thereunder.

Disclosure of information specified on this form is mandatory. The information will be used for the primary purpose of disclosing the holdings of directors, officers, and beneficial owners of registered companies. Information disclosed will be a matter of public record and available for inspection by members of the public. The Commission can use it in investigations or litigation involving the federal securities laws or other civil, criminal, or regulatory statutes or provisions, as well as for referral to other governmental authorities and self-regulatory organizations. Failure to disclose required information may result in civil or criminal action against persons involved for violations of the federal securities laws and rules.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1472 (05-19)

Case 3:24-cv-00208-DNH-ML    Document 1    Filed 02/13/24    Page 7 of 39    OMB Control Number 1506-0070

**31 CFR § 1020.230**

**CERTIFICATION REGARDING BENEFICIAL OWNERS OF LEGAL ENTITY CUSTOMERS**

## I. GENERAL INSTRUCTIONS

**This is an optional form provided for your convenience. The required information may be provided in other formats. When completed, this form is provided to the financial institution where the account is opened. DO NOT SEND TO FinCEN.**

### Where may I obtain a copy of the form?

A copy (pdf) may be downloaded from the FinCEN website at www.fincen.gov under the "Filing Information" tab. The form may be completed on a computer using the free Adobe Reader software.

### What is this form?

To help the government fight financial crime, Federal regulation requires certain financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

### Who has to complete this form?

This form must be completed by any person opening a new account on behalf of a **legal entity** with any of the following U.S. financial institutions: (i) a bank or credit union; (ii) a broker or dealer in securities; (iii) a mutual fund; (iv) a futures commission merchant; (v) an introducing broker in commodities.

For the purposes of this form, a **legal entity** includes a corporation, limited liability company, or other entity that is created by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States or a foreign country. **Legal entity** does not include sole proprietorships, unincorporated associations, or natural persons opening accounts on their own behalf.

### What information do I have to provide?

When you open a new account on behalf of a legal entity, the financial institution will ask for information about the legal entity's **beneficial owner(s)**, including their name, address, date of birth and social security number (or passport number or other similar information, in the case of Non-U.S. persons). The financial institution may also ask to see a copy of a driver's license or other identifying document for each beneficial owner listed on this form.

Beneficial owners are:

    (1) Each individual, if any, who owns, directly or indirectly, 25 percent or more of the equity interests of the legal entity customer (*e.g.*, each natural person that owns 25 percent or more of the shares of a corporation; **and**

    (2) An individual with significant responsibility for managing the legal entity customer (*e.g.*, a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary. Under section (1), depending on the factual circumstances, up to four individuals (but as few as zero) may need to be identified. Regardless of the number of individuals identified under section (1), you must provide the identifying information of one individual under section (2). It is possible that in some circumstances the same individual might be identified under both sections (*e.g.*, the President of Acme, Inc. who also holds a 30% equity interest). Thus, a completed form will contain the identifying information of at least one individual (under section (2)), and up to five individuals (*i.e.*, one individual under section (2) and four 25 percent equity holders under section (1))

*a legal entity may have multiple "beneficial owners," this form requires you to list only those that own 25% or more (up to five) under each of the two prongs of the definition above. If appropriate, the same individuals may be listed under both prongs.*

Rev. 7.0 Mar., 2019

OMB Control Number 1506-0070

# CERTIFICATION OF BENEFICIAL OWNER(S)

*The information contained in this Certification is sought pursuant to Section 1020.230 of Title 31 of the United States Code of Federal Regulations (31 CFR 1020.230).*

**All persons opening an account on behalf of a legal entity must provide the following information:**

| 1. Last Name of Natural Person Opening Account | 2. First Name | 3. Middle Initial | 3a. Title |
|---|---|---|---|
| | | | |

4. Name and type of Legal Entity for Which the Account is Being Opened

| 4a. Legal Entity Address | 4b. City | 4c. State | 4d. ZIP/Postal Code |
|---|---|---|---|
| | | | |

## SECTION I
(To add additional individuals, see page 3)

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above. **Check here ☐ if no individual meets this definition and complete Section II.**

| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth (MM/DD/YYYY) |
|---|---|---|---|
| 9. Address | 10. City | 11. State | 12. ZIP/Postal Code |

| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
|---|---|---|
| | | 15a. Country of issuance: |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

## SECTION II

Please provide the following information for an individual with significant responsibility for managing or directing the entity, including, an executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or Any other individual who regularly performs similar functions.

| 16. Last Name | 17. First Name | 18. M.I. | 18a. Title |
|---|---|---|---|
| 19. Date of birth (MM/DD/YYYY) | 20. Address | 21. City | 22. State |

| 23. ZIP/Postal Code | 24. Country | 25. SSN (U.S. Persons) | 26. For Non-U.S. persons (SSN, Passport Number or similar identification number) |
|---|---|---|---|
| | | | 26a. Country of issuance: |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

I, _____ *(name of person opening account)*, hereby certify, to the best of my knowledge, that the information provided above is complete and correct. In addition, I agree to notify the bank of any changes in Beneficial Ownership or Control Person Information.

Signature: _____     Date: _____
(MM/DD/YYYY)

Legal Entity Identifier (Optional) _____

Rev. 7.0 Mar., 2019

OMB Control Number 1506-0070

## Additional Section 1 - Second Beneficial Owner *(If required)*

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above.

| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth (MM/DD/YYYY) |
|---|---|---|---|
| 9. Address | 10. City | 11. State | 12. ZIP/Postal Code |

| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
|---|---|---|
| | | 15a. Country of issuance: |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

## Additional Section 1 - Third Beneficial Owner *(If required)*

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above.

| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth (MM/DD/YYYY) |
|---|---|---|---|
| 9. Address | 10. City | 11. State | 12. ZIP/Postal Code |

| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
|---|---|---|
| | | 15a. Country of issuance: |

## Additional Section 1 - Fourth Beneficial Owner *(If required)*

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above.

| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth (MM/DD/YYYY) |
|---|---|---|---|
| 9. Address | 10. City | 11. State | 12. ZIP/Postal Code |

| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
|---|---|---|
| | | 15a. Country of issuance: |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Rev. 7.0 Mar., 2019

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL |
| --- |
| OMB Number:      3235-0060 |
| Expires:      October 31, 2024 |
| Estimated average burden hours per response........8.41 |

## FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported) _____2-13-24_____

_Jamil Abdul Muhammad AKA Muhammad Jamil Abdul AKA Hollace Verno Bryson_ (Exact name of registrant as specified in its charter)

_New York_                                                        _8170_

| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |
| --- | --- | --- |

_119 Clinton St. Apt. 5   Binghamton, New York   13905_

| (Address of principal executive offices) | (Zip Code) |
| --- | --- |

Registrant's telephone number, including area code _____(404) 547-3255_____

_____

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
| --- | --- | --- |
| Class A (All Series) Shares, Stock, Common Stock | JAM | NYSE/NASDAQ |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☑

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

SEC 873 (09-23)          Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.          1 of 22

acquired business have not been filed:

(a) offerings or sales of securities upon the conversion of outstanding convertible securities or upon the exercise of outstanding warrants or rights;

(b) dividend or interest reinvestment plans;

(c) employee benefit plans;

(d) transactions involving secondary offerings; or

(e) sales of securities pursuant to Rule 144 (17 CFR 230.144).

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

_Jamil Abdul Muhammad_
(Registrant)

Date _2-13-24_

(Signature)*

*Print name and title of the signing officer under his signature.

Jamil Abdul Muhammad
Title: Beneficial owner
US Residence Share holder
Securities Holder
Horace Vernon Bryson AKA

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0070 |
| Expires: September 30, 2025 |
| Estimated average burden hours per response . . .. 180.18 |

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

(Mark One)

[ ] QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended ___December 2023___

or

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from ___January 2023___ to ___Present 2-13-24___

Commission File Number: ___

___Jamil Abdul Muhammad AKA Muhammad Jamil Abdul AKA Horace Vernon Bryson___ (Exact name of registrant as specified in its charter)

___New York___                                    ___-8170___
(State or other jurisdiction of incorporation or organization)          (I.R.S. Employer Identification No.)

___119 Clinton St. Apt. 5  Binghamton, New York___  ___13905___
(Address of principal executive offices)                          (Zip Code)

___(404) 547-3255___
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
| --- | --- | --- |
| Class A/All Series Shares, Stocks, Common Stock | JAM | NYSE/NASDAQ |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.          ☐ Yes ☑ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).          ☐ Yes ☑ No

SEC 1296 (02-23)          **Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐

Accelerated filer ☐

Non-accelerated filer  ☐

Smaller reporting company  ☐
Emerging growth company ☑

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

☐ Yes ☐ No

### APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PRECEDING FIVE YEARS:

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.

☐ Yes ☑ No

### APPLICABLE ONLY TO CORPORATE ISSUERS:

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

### PART I—FINANCIAL INFORMATION

Item 1.  Financial Statements.

Provide the information required by Rule 10-01 of Regulation S-X (17 CFR Part 210). A smaller reporting company, defined in Rule 12b-2 (§ 240.12b-2 of this chapter) may provide the information required by Article 8-03 of Regulation S-X (§ 210.8-03 of this chapter).

Item 2.   Management's Discussion and Analysis of Financial Condition and Results of Operations.

Furnish the information required by Item 303 of Regulation S-K (§ 229.303 of this chapter).

Item 3.   Quantitative and Qualitative Disclosures About Market Risk.

Furnish the information required by Item 305 of Regulation S-K (§ 229.305 of this chapter).

Item 4.   Controls and Procedures.

Furnish the information required by Item 307 of Regulation S-K (§ 229.307 of this chapter) and Item 308(c) of Regulation S-K (§229.308(c) of this chapter).

### PART II—OTHER INFORMATION

Instruction. The report shall contain the item numbers and captions of all applicable items of Part II, but the text of such items may be omitted provided the responses clearly indicate the coverage of the item. Any item which is inapplicable or to which the answer is negative may be omitted and no reference thereto need be made in the report. If substantially the same information has been previously reported by the registrant, an additional report of the information on this form need not be made. The term "previously reported" is defined

5

Instructions to Item 3.

      1. Item 3 need not be answered as to any default or arrearage with respect to any class of securities all of which is held by, or for the account of, the registrant or its totally held subsidiaries.

      2. The information required by Item 3 need not be made if previously disclosed on a report on Form 8-K (17 CFR 249.308).

Item 4. Mine Safety Disclosures.

      If applicable, provide a statement that the information concerning mine safety violations or other regulatory matters required by Section 1503(a) of the Dodd-Frank Wall Street Reform and Consumer Protection Act and Item 104 of Regulation S-K (17 CFR 229.104) is included in exhibit 95 to the quarterly report.

Item 5. Other Information.

      (a)   The registrant must disclose under this item any information required to be disclosed in a report on Form 8-K during the period covered by this Form 10-Q, but not reported, whether or not otherwise required by this Form 10-Q. If disclosure of such information is made under this item, it need not be repeated in a report on Form 8-K which would otherwise be required to be filed with respect to such information or in a subsequent report on Form 10-Q; and

      (b)  Furnish the information required by Item 407(c)(3) of Regulation S-K (§229.407 of this chapter).

      (c) Furnish the information required by Items 408(a) and 408(d) of Regulation S-K ((§229.408(a) and 229.408(d)).

Item 6. Exhibits.

      Furnish the exhibits required by Item 601 of Regulation S-K (§ 229.601 of this chapter).

SIGNATURES*

      Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

2 - 13 - 24

_____

_____ Date

2 - 13 - 24

_____

Date

Jamil Abdul Muhammad

(Registrant)

AKA

(Signature)**

(Signature)**

AKA

_____

** Print name and title of the signing officer under his signature.

7

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0063 |
| Expires: | December 31, 2023 |
| Estimated average burden hours per response . . ....2,249.36 | |

(Mark One)

# FORM 10-K

[ ] **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended_____December 2023_____

or

[ ] **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _January 2023_ to _Present 2-13-24_

Commission file number _____

_Jamil Abdul Muhammad AKA Muhammad Jamil Abdul AKA Horace Vernon Bryson_ (Exact name of registrant as specified in its charter)

_NEW YORK_                                  _-8170_
State or other jurisdiction of                  (I.R.S. Employer
incorporation or organization                  Identification No.)

_119 Clinton St. Apt. 5  Binghamton, New York   13905_
(Address of principal executive offices)                  (Zip Code)

Registrant's telephone number, including area code _(404)547-3255_

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A /All Series Shares, Stocks, Common Stock | JAM | NYSE/NASDAQ |

Securities registered pursuant to section 12(g) of the Act:

_Class A/All Series Shares, Stocks, Common Stock_
(Title of class)

_____
(Title of class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
☑Yes ☐No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
☐Yes ☐No

**Note** – Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Exchange Act from their obligations under those Sections.

SEC 1673 (01-23)

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

☐ Yes  ☑ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

☐ Yes  ☑ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company,"and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐

Non-accelerated filer ☐

Accelerated filer                        ☐

Smaller reporting company      ☑
Emerging growth company        ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.                        ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.                        ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements.        ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b).                        ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). ☑ Yes ☐ No

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter. *At Par value / Face Value*

**Note.**—If a determination as to whether a particular person or entity is an affiliate cannot be made without involving unreasonable effort and expense, the aggregate market value of the common stock held by non-affiliates may be calculated on the basis of assumptions reasonable under the circumstances, provided that the assumptions are set forth in this Form.

APPLICABLE ONLY TO REGISTRANTS INVOLVED IN BANKRUPTCY

PROCEEDINGS DURING THE PRECEDING FIVE YEARS:

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Section 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.                        ☐ Yes ☑ No

(APPLICABLE ONLY TO CORPORATE REGISTRANTS)

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date.

7

(2) separate financial statements of affiliates whose securities are pledged as collateral; and

(3) schedules.

**Item 16. Form 10–K Summary.**

Registrants may, at their option, include a summary of information required by this form, but only if each item in thesummary is presented fairly and accurately and includes a hyperlink to the material contained in this form to which such item relates, including to materials contained in any exhibits filed with the form.

*Instruction:* The summary shall refer only to Form 10-K disclosure that is included in the form at the time it is filed. A registrant need not update the summary to reflect information required by Part III of Form 10-K that the registrant incorporates by reference from a proxy or information statement filed after the Form 10-K, but must state in the summary that the summary does not include Part III information because that information will be incorporated by reference from a later filed proxy or information statement involving the election of directors.

**SIGNATURES**

[See General Instruction D]

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

(Registrant) *Jamil Abdul Muhammad /AKA Muhammad Jamil Abdul / Horace Vernon Bryson*

By (Signature and Title)* _____ Title: *Beneficial owner Securities Holder US Residence Shares Holder* TR

Date *2-13-24* _____

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By (Signature and Title)* _____

Date _____

By (Signature and Title)* _____

Date _____

**Supplemental Information to be Furnished With Reports Filed Pursuant to Section 15(d) of the Act by Registrants Which Have Not Registered Securities Pursuant to Section 12 of the Act**

(a) Except to the extent that the materials enumerated in (1) and/or (2) below are specifically incorporated into this Form by reference, every registrant which files an annual report on this Form pursuant to Section 15(d) of the Act must furnish to the Commission for its information at the time of filing its report on this form, an electronic submission in accordance with the EDGAR Filer Manual, of the following:

(1) Any annual report to security holders covering the registrant's last fiscal year; and

(2) Every proxy statement, form of proxy or other proxy soliciting material sent to more than ten of the registrant's

12

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0288 |
| Expires: December 31, 2023 | |
| Estimated average burden hours per response..2629.92 | |

## FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended_____**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☑ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report . . . . . . . . . . . . . . . . . .

**For the transition period from** *January 1, 2024* **to** *Present February 13, 2024*

Commission file number _____

*Jamil Abdul Muhammad ARA Muhammad Jamil Abdul T--L*

(Exact name of Registrant as specified in its charter)

_____
(Translation of Registrant's name into English)

*International*
_____
(Jurisdiction of incorporation or organization)

*119 Clinton St. Apt. 5 / Binghamton, New York 13905*
(Address of principal executive offices)

*Jamil Abdul Muhammad / jh_management_jh@yahoo.com (404)547-3255*

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
| --- | --- | --- |
| *Class A/All Series Shares, Stocks, Common Stock* | *JAM* | *NYSE/NASDAQ* |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

*Class A/All Series Shares, Stocks, Common Stock*

(Title of Class)

SEC 1852 (02-23)    **Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

*Class A/All Series Shares, Stocks, Common Stock*

(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

*Class A/All Series Shares, Stocks, Common Stock*

(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☑ Yes ☐ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☑ No

Note – Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☐ Yes ☑ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☐ Yes ☑ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "large accelerated filer,"accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐          Accelerated filer ☐          Non-accelerated filer ☐
Emerging growth company ☑

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if theregistrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

2

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐   International Financial Reporting Standards as issued ☐   Other ☐
by the International Accounting Standards Board

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.

☐ Item 17    ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

☑ Yes    ☐ No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.

☐ Yes    ☐ No

## GENERAL INSTRUCTIONS

**A.    Who May Use Form 20-F and When It Must be Filed.**

(a)    Any foreign private issuer other than an asset-backed issuer (as defined in 17 CFR 229.1101) may use this form as a registration statement under Section 12 of the Securities Exchange Act of 1934 (referred to as the Exchange Act) or as an annual or transition report filed under Section 13(a) or 15(d) of the Exchange Act. A transition report is filed when an issuer changes its fiscal year end. The term "foreign private issuer" other than an asset-backed issuer (as defined in 17 CFR 229.1101) is defined in Rule 3b-4 under the Exchange Act.

(b)    A foreign private issuer must file its annual report on this Form within the four months after the end of the fiscal year covered by the report.

(c)    A foreign private issuer filing a transition report on this Form must file its report in accordance with the requirements set forth in Rule 13a-10 or Rule 15d-10 under the Exchange Act that apply when an issuer changes its fiscal year end.

(d)    A foreign private issuer that was a shell company, other than a business combination related shell company, as those terms are defined in Rule 12b-2 under the Exchange Act (17 CFR 240.12b-2), immediately before a transaction that causes it to cease to be a shell company must file a report on this form in accordance with the requirements set forth in Rule 13a-19 or Rule 15d-19 under the Exchange Act (17 CFR 240.13a-19 and 240.15d-19). Issuers filing such reports shall provide all information required in, and follow all instructions of, Form 20-F relating to an Exchange Act registration statement of all classes of the registrant's securities subject to the reporting requirements of Section 13 (15 U.S.C. 78m) or Section 15(d) (15 U.S.C. 78o(d)) of such Act upon consummation of the transaction, with such information reflecting the registrant and its securities upon consummation of the transaction. Rule 12b-25 under the Exchange Act (17 CFR 240.12b-25) is not available to extend the due date of the report required under this subparagraph (d).

**B.    General Rules and Regulations That Apply to this Form.**

(a)    The General Rules and Regulations under the Securities Act of 1933 (referred to as the Securities Act) contain general requirements that apply to registration on any form. Read these general requirements carefully and follow them when preparing and filing registration statements and reports on this Form.

(b)    Pay particular attention to Regulation 12B under the Exchange Act. Regulation 12B contains general requirements about matters such as the kind and size of paper to be used, the legibility of the registration statement or report, the information to give in response to a requirement to state the title of securities, the language to be used and the filing of the registration statement or report.

(c)    In addition to the definitions in the General Rules and Regulations under the Securities Act and the definitions in

3

**Item 18. Financial Statements.**

Provide the following information:
(a)All of the information required by Item 17 of this Form, and

(b)If the financial statements are prepared using a basis of accounting other than IFRS as issued by the IASB, all other information required by U.S. generally accepted accounting principles and Regulation S-X unless such requirements specifically do not apply to the registrant as a foreign issuer. However, information may be omitted (i) for any period in which net income has not been presented on a basis reconciled to United States generally accepted accounting principles, or (ii) if the financial statements are furnished pursuant to §210.3-05 or less-than-majority owned investee pursuant to §210.309 of this chapter.

**Instructions to Item 18:**

1.All of the instructions to Item 17 also apply to this Item.

2.An issuer that is required to provide disclosure under FASB ASC Topic 932, Extractive Activities – Oil and Gas, shall do so regardless of the basis of accounting on which it prepares its fi nancial statements.

**Item 19. Exhibits.**

List all exhibits filed as part of the registration statement or annual report, including exhibits incorporated by reference.

**Instruction to Item 19**: *If you incorporate any financial statement or exhibit by reference, include the incorporation by reference in the list required by this Item. Note Rule 12b-23 regarding incorporation by reference. Note also the Instructions to Exhibits at the end of this Form.*

SIGNATURES

The registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorized the undersigned to sign this registration statement [annual report] on its behalf.

*Jamil Abdul Muhammad AKA*

*Muhammad Jamil Abdul* (Registrant)

*ARA Horace Vernon Bryson*

*Jamil L Abdul Muhammad AKA*

*Muhammad Jamil L Abdul AKA*

*Horace Vernon Bryson*

(Signature)*

Date: 2-13-24

Title : Beneficial Owner

Securities Holder

US Residence

Share Holder

*Print the name and title of the signing officer under this signature.

INSTRUCTIONS AS TO EXHIBITS

File the exhibits listed below as part of an Exchange Act registration statement or report. Exchange Act Rule 12b-23(c) explains the circumstances in which you may incorporate exhibits by reference. Exchange Act Rule 24b-2 explains the procedure to be followed in requesting confidential treatment of information required to be filed.

Previously filed exhibits may be incorporated by reference. If any previously filed exhibits have been amended or modified, file copies of the amendment or modification or copies of the entire exhibit as amended or modified.

If the Form 20-F registration statement or annual report requires the inclusion, as an exhibit or attachment, of a document that is in a foreign language, you must provide instead either an English translation or an English summary of the foreign language document in accordance with Exchange Act Rule 12b-12(d) (17 CFR 240.12b-12(d)) for both electronic and paper filings. You may submit a copy of the unabridged foreign language document along with the English translation or summary as

62

STATEMENT OF CLAIM

Please be advised that plaintiff Jamil Abdul Muhammad AKA MUHAMMAD JAMIL ABDUL once known as Horace Vernon Bryson execute this Statement of Claim and Declare that I am not incompetent, and I'm of the age of majority , and in no way shape or form in need of assistance of a state , federal, court appointed Feduciary to aid me to transact any monetary , financial affairs presently or going forth in these proceedings.

This STATEMENT OF CLAIM being submitted is pursuant to 42 U.S. Code subsection 1983 , Conspiracy to Defraud plaintiff Civil , Human Rights , 42 U.S. Code Subsection 12101 , Americans with Disabilities Act , 18 U.S. Code Subsection 241 Conspiracy Against Rights , violating numerous Constitutional Rights consisting of 4th, 5th, 7th , $9^{th,}$ 13th prohibiting slavery, peonage without just compensation. International Law pursuant to article 4 also forbids all forms of slavery including Modern day slavery and slave trading , which states no one shall be held in slavery or servitude. The 14 Amendment is also being sited in this civil complaint for plaintiff not receiving equal protection of the law. Failure to disclose (FD) and compensate Beneficial Owner , U.S. Residence Share holder , Securities holder has been enforced upon Plaintiff who owns shares , stock , equity shares , that are traded Globally on NASDAQ , NYSE, and other major trading platforms as a Exchange Traded Fund (ETF) , Unit Investment Trust UIT) , Class A Common Stock , Penny Stock , Equity Shares , and Pooled Investment. Such discrete hidden practices are formally known as trade secrets discuised in the fabric of Exchange Laws enforced by the Securities Exchange Commission , which hinder and violate U.S. residence share holder , stock holder, securities holders rights for failure to disclose (FD) and compensation to Beneficial Owners / Securities Holders respectfully. Laws in place put U.S. Residence shareholders in grave imminent danger and harms way with titles used to ascribe U.S. Residence share holders as "CYBER SECURITY THREAT", INVASION", when shareholders choose to exercise there shareholder rights , to be fully compensated of their shares In-Kind , dividends , nominal interest owed and petitioned for by an owed plaintiff seeking lawfull , legal redemption of there securities that are outstanding and illegally detained by unauthorized issuer's. These are conspiracy tactics of laws that allow CFO'S , Manager's , Treasurers , Board members, financial institutions to commit securities fraud crimes violating Financial Crimes Enforcement Network ( FinCEN ) and not be held accountable for such criminal actions , as Bad Actors practicing Color Of Law. Beneficial Owner Forms allow numerous Beneficial Owners between 0-4 placing the the Original U.S. Residence share holder , stock holder , securities holder at a disadvantage to claim full compensation and redemption of their securities , dividends , nominal interest owed, and to be traded as a slave (ETF) promoting and violating "Modern Day Slavery Act" Laws. Even though shares are defined as sharing a stock, that does'nt mean it's to be taken literally so as to not have full disclosure (FD) and not fully compensated while being traded like a slave and taken financially advantage of as a share holder, securities holder , Original Beneficial Owner of shares, stock , Equity Shares. U.S. Residence , Beneficial Owner , Share holder. Securities Holder , Assets and owed stock , shares , dividends , nominal interest are currently held on deposit at a number of Financial Institutions , insurance agencies , trading platforms , reserve banks , foreign central banks identified as United States Treasury , International Monetary Fund (IMF) , Federal Reserve

Bank of New York and in Washington , DC , Securities Exchange Commission , Federal Deposit Insurance Corporation (FDIC) , Trading platforms of NYSE , NASDAQ , Foreign Central banks of Bank of International Settlement (BIS) , European Central Bank , Eastern Carribean Central Bank , Central Bank Of West African States , Bank Of Central African States. Also see for verification U.S Residence share holders traded who are securities holders  in Securities Exchange Act of 1933 , Small Business Investment Companies Act , Tennessee Valley Authority Act of 1933. All personal defendants, agencies , financial institutions listed in this complaint are not above the law and are to be held accountable to the fullest extent of the law. Plaintiff is Ordering that such defendants honor and be fully transparent to FORMS 8-K , 10-D, 10-K , 20-K submitted to such persons , agencies , institutions , financial domestic and foreign institutions by completing and return a full account of financials so that Beneficial Owner , Shareholder Securities Holder , can be fully compensated of outstanding shares , dividends , nominal interest owed. Share holder is ordering the U.S. Marshal to lien , seize , and return , deliver goods of Shares In-Kind at par value to original Beneficial Owner Jamil Abdul Muhammad brokerage account Number # ████8568 held on deposit at Fidelis Investments , and remaining dividends , nominal interest , owed can be submitted back to plaintiff in check / certified check form to plaintiff listed address as ORDERED.

Plaintiff executed this STATEMENT OF CLAIM to the best of my knowledge and pray for such relief damages of share holder , beneficial owner rights sought and with the assistance of the  courts  ordered for approval.

Plaintiff / U.S. Residence Beneficial Owner / Securities Holder
Jamil Abdul Muhammad

Gillian Friedlander
Notary Public State of New York
Registration No. 01FR6436513
Qualified in Broome County
Commission Expires July 18, 20 26

IV. RELIEF

A fair resolution for relief sought in these civil matters of a Derivative suit against personal board members and corporate financial foreign and domestic agencies listed as defendant(s), plaintiff Jamil Abdul Muhammad is ordering the U.S. Marshall to hand deliver in this initial filing to defendants(s) FORMS 8-K , 10-Q , 10-K , 20-F , to insure plaintiff request for financials and owed assets of common stock , dividends , derivatives , nominal interest , of plaintiff personal property are honored and delivered back to plaintiff and the courts , without unfair treatment and foul play , limiting excuses indicating there was never any request from plaintiff for such important owed assets , shares , common stock , dividends , nominal interest , owed and outstanding illegally detained from plaintiff. Being that plaintiff has previously received unfair treatment of lack of full disclosure (FD) as a share holder , beneficial owner , I'm con- concerned about defendant(s) personal , private accountants ability to be allowed to falsify illegal financials to cover accurate owed assets dividend payments and common stock rightfully owned by plaintiff. Unfortunately , these illegal tactics to create false balance sheets , off balance sheets are conspiritull and are hidden and interwoven in current and pass law(s) , placing plaintiff , beneficial owner at a disadvantage to receive unfair business practices , and to not become fully compensated as a share holder. Plaintiff , share holder Jamil Abdul Muhammad has the basic legal share holder right of voting power , ownership , the right to transfer owner- ship , to claim dividends ,the right to inspect corporate documents , and the right to sue for wrongful acts. Plaintiff is ordering the courts to not allow such deceitful practices to be infringed upon by defendant(s). Plaintiff is ordering defendant(s) domestic and foreign financial agencies to transfer the entire class of beneficial owners personal property shares In-Kind , equity shares, common stock , dividends , nominal interest , Gold Certificates , Special Drawing Rights Certif- icates at par value/ Face Value. Plaintiff is ordering  such personal assets to transferred to Jamil Abdul Muhammad brokerage account number #███8568 , held on deposit with Fidelis Inve- stments. Any unpaid owed , outstanding dividends , interest , nominal interest , common stock , are to be paid , issued , made payable to plaintiff by way of check , certified check , and for- warded to plaintiff indicated address in this civil complaint. Plaintiff is ordering defendant(s) to provide all statement of financial positions , statement of profit or loss , and other comprehen- sive income , statement of changes in equity , statement of cash flow , and all interlectual per- sonal property illegally detained in both foreign and domestic financial institutions plaintiff is to be compensated for and further usage is prohibited from usage without plaintiff permission , prohibiting copyright infringement , illegal slave trading , and crimes against humanity. Plaintiff is ordering the U.S. Marshall to lien , seize , transfer , identified goods , of personal property illegally detained owed assets , shares , equity shares , common stock , nominal interest , Gold Certificates , Special Drawing Rights Certificates , In-Kind to plaintiff brokerage account indicated in this complaint for redemption , and lien and order accounts of plaintiff on deposit of defend- ant(s) institutions ordering defendant(s) to make payable all dividends , nominal interest , by way of check , certified check to plaintiff identified address by way of check , certified check. Plaintiff is also suing each defendant(s) estate , trust , personal assets  for $100,000,000.00 , held on deposit with Federal Reserve Bank of New York , Washington , DC. , International Mon- etary Fund ( IMF) , United States Treasury , Office of Budget And Management (OMB) ,

Tennessee Valley Authority in Knoxville , Tennessee ,Federal Deposit Insurance Corporation (FDIC) , Foreign Financial Institutions Bank of International settlements ( BIS) , European Central Bank , Eastern Carribean Central Bank , Central Bank Of West African States , Bank of Central African States, or any unknown financial institutions that plaintiff is unaware of currently.

This relief request ordered by plaintiff Jamil Abdul Muhammad has been executed and completed to the best of my knowledge , and plaintiff prays for such relief sought by with the courts and U.S. Marshall full cooperation ,Guaranteeing plaintiff legal , lawfull , shareholder right relief sought.

Plaintiff / Beneficial Owner / Share holder / Jamil Abdul Muhammad

Gillian Friedlander
Notary Public State of New York
Registration No. 01FR6436513
Qualified in Broome County
Commission Expires July 18, 20 26

NOTICE FOR TERMINATION AND ENFORCEMENT
OF MATERIAL DEFINITIVE AGREEMENT AND TRANSFER
IN-KIND ENTIRE CLASS OF ALL ASSETS / SHARES / EQUITY SHARES / STOCKS


* FINANCIALS INFORMATION ORDERED *


1) Transfer In-Kind Entire Class of All Assets / Shares / Equity Shares / Stocks.

2) Statement of Financial Position.

3) Statement of Profit or Loss and other Comprehensive Income.

4) Statement of Changes in Equity.

5) Statement of Cash Flows.

NOTE: Shareholder / Beneficial Owner / Beneficiary / Jamil Abdul Muhammad  AKA
MUHAMMAD JAMIL ABDUL TR , do take the position to exercise my share holder /
stock holder rights to execute this ORDER of TERMINATION AND ENFORCEMENT OF
MATERIAL DEFINITIVE AGREEMENT AND TRANSFER IN-KIND ENTIRE CLASS OF ALL
ASSETS / SHARES / EQUITY SHARES / STOCKS / ,due to lack of full disclosure (FD) as of
right  pursuant to regulation (FD) 17 CFR 243.100 and  243.101 , and non payment
to share holder / beneficial owner/ beneficiary / of Asset Backed Securities (AB) , as
a U.S. Resident Investment company AKA Unit Investment Trust (UIT) , pursuant to
item 1101 (AB) 17 CFR 229.1101 , item 1,02 , item 1108 (a)(3) of regulation (AB) 17
CFR 229.1108 (a)(3). See Small Business Investment Company Act of 1958 and the
Securities Exchange Act of 1934. See Tennessee Valley Authority Act of 1933 and
TVA Basic Bond Resolution. United States residence Share Holder / Beneficiary /
Beneficial Owner / as of right request and ORDER the entire class of all assets/shares
/ Equity Shares / stocks / held illegally detained on deposit on your companies balance
sheets / off balance sheets / that are located in both jurisdictions of foreign country lands
and domestic country lands , are to be transferred to share holders identified broker-
age account enclosed within 3-5 days as ORDERED.

This document has been executed to
the best of my knowledge under the penalties of perjury.

Share holder / Beneficial Owner / Beneficiary
Jamil Abdul Muhammad

Gillian Friedlander
Notary Public State of New York
Registration No. 01FR6436513
Qualified in Broome County
Commission Expires July 18, 2026

Affidavit of beneficial ownership of
*JAMIL ABDUL MUHAMMAD*


I am familiar with the facts recited below , and hereby declare under the penalty of perjury that ,

1) I am the party named in the birth certificate attached and made part hereof : AUTHENTICATED Certificate of Live Birth # 170300 - 63B, registered with NEW YORK DEPARTMENT OF HEALTH DIVISION OF VITAL STATISTICS , received on The Eighth Day Of May Two Thousand Seventeen ( May 8, 2017) : and that ,

2) I am using this Affidavit to document the status of Ownership over the principle , interest , and all accounts of JAMIL ABDUL MUHAMMAD ; and that,

3) I am the registered owner of JAMIL ABDUL MUHAMMAD Once known as Horace Vernon Bryson ; and that

4) The registrar of titles shall treat me as having attained the age of majority ; and that

5) My Date of Birth is ▮▮▮▮▮▮▮ , 1963; and that,

6) My place of birth is near the geographical location commonly known as Copaigue, New York an entity form within the constitutional republic of the United States of America Continents, in an outlying possession of the United States; and that,

7) I am the holder in due course securing 100% of the Beneficial Interest in the Property to which this Affidavit relates, and that,

8) I am the sole power to accept , receive , transfer , disburse , or convey , 100% of the proceeds , profits , income , and revenue arising out the Property to which this Certificate of Title relates , and that,

9) I hold all investment powers , which includes the power to dispose , or to direct the disposition of , such portion of Title held by beneficial owners Registered D.B.A. on file and illegally detained Pooled Unit Investment Trust (UIT) , Real Estate Investment Trust (REIT), and that ,

10) I authorize this Affidavit to be provided to any withholding agent that has control , receipt or custody of the profits , proceeds , revenue , or income derived from the property subject to the attached Certificate of Title , and that,


I hereby declare under the penalty of perjury that the above information is complete , correct, true , and executed to the best of my knowledge.

_____
Jamil Abdul Muhammad

New York State                           Jurat
Broome County


Notary : _____
Date : __03__ / __06__ / __24__

ROY E COHEN
No. 01CO6035808
Notary Public  State of New York
Qualified in Broome County
My Commission Expires 01/03.20 26

United States of America

## State of New York
## Department of State

It is hereby certified, that **Robert LoCicero** was on the day of the date of annexed certificate Director of

Vital Records, Department of Health, State of New York and duly authorized to grant the same; that the

same is in due form, and executed by the proper office; that the seal affixed to said certificate is the seal of

Department of Health, State of New York that the signature thereto of the said Robert LoCicero, Director

of Vital Records, Department of Health, State of New York is in his proper handwriting, and is genuine;

and that full faith and credit may ought to be given to his official acts.

**In Testimony Whereof,** the Department of State Seal
is hereunto affixed.

Witness my hand at the city of Albany
the 8th day of March Two Thousand and Seventeen



Whitney A. Clark

Whitney A. Clark
*Special Deputy Secretary of State*

751261
262 (REV. 09 25 12)

# Certificate of Birth

**New York State Department of Health**
**Vital Records Section**

Recorded District **5150**

Register Number **616**

Birth Number **170300-63B**

| | | |
|---|---|---|
| **1 Name** (First Middle Last) | | |
| Jamil Abdul Muhammad | | |

| 2 Sex | 3a Plurality | 3b If Not Single Birth | 4a Date of Born (Month / Day / Year) | 4b Hour |
|---|---|---|---|---|
| Male | Single | Born | | 03:28PM |

| 5a County | 5b Town | 5c City or Village |
|---|---|---|
| Suffolk | Babylon | Copiague |

| 6a Maiden Name (First Middle Last) | 6b Age | 6c State Country of Birth | 6d Soc Sec Num |
|---|---|---|---|
| Ethel Myhand | 35 | Alabama | |

| 7a Residence (State) | 7b County | 7c Town | 7d City or Village |
|---|---|---|---|
| New York | Suffolk | Babylon | Wyandanch |

| 7e Within Corporate Limits? | 7f Street and Number | 7g Zip Code |
|---|---|---|
| No | 35 Cypress Street | 11798 |

8 Mailing Address (include Zip Code)

| 9a Name (First Middle Last) | 9b Age | 9c State Country of Birth | 9d Soc Sec Num |
|---|---|---|---|
| John Bryson, Jr. | 37 | Georgia | |

| 10 Local Filing Date (Month / Day / Year) | 11a I hereby certify that this certificate was filed pursuant to the provisions of Public Health Law Section 4138 | 11b Date (Month / Day / Year) |
|---|---|---|
| 11 19 1963 | *Peter M. Carucci* Director of Vital Records | 02 24 1994 |

DOH-2075.2 (4/92)

A940550061

## PROBATE COURT OF CUYAHOGA COUNTY, OHIO

### JOHN J. DONNELLY, Presiding Judge
### JOHN E. CORRIGAN, Judge

In The Matter Of ___ HORACE VERNON BRYSON ___

Case No. ___ 1094228 ___ Docket ___ 1093 ___ Page ___ 1182 ___

VOL. 1598

## JUDGMENT ENTRY OF CHANGE OF NAME

On this ___9___ day of ___December___, 199 _3_, this matter is before the Court on the application of ___Horace Vernon Bryson___

___ for an order of this Court changing

the ___ name___ from ___ Horace Vernon Bryson ___

to ___ Jamil Abdul Muhammad ___

The Court, being fully advised in the premises, finds that notice has been given, as required by law, of the application for the change of ___ name___ .

The Court finds that the facts set forth in the application are true, and that there exists reasonable and proper cause for changing the name___ of the applicant___ .

It is, therefore, ordered and decreed that the name___ of the applicant___ be and is hereby changed from ___ Horace Vernon Bryson ___

to ___ Jamil Abdul Muhammad ___ as prayed for.

DEC 9 - 1993

_____
Probate Judge

PC.NC-5 / 1692

Log Out

# Profile

## Personal information

**Name**  ✎ Edit
JAMIL ABDUL MUHAMMAD

**Gender**

Male

**Address**  ✎ Edit
119 Clinton St apartment 5
Binghamton, NY 13905

**Employment status**  ✎ Edit
Retired

**Mobile number**  ✎ Edit
(404) 547-3255

**Additional number**  ✎ Edit
--

**Email**  ✎ Edit
jh_management_jh@yahoo.com

## Relationships



**Beneficiaries**
Manage who will receive your assets.



**Trusted contacts**
List who we may contact if we're concerned about
your health.



**Authorized access**
Control who is allowed to access your accounts.



**Account registration**
Add, remove, or change account owners due to a life
event (e.g., marriage, divorce, death).



Log Out

# Planning Summary

Your plan summary is evolving to help meet your needs. You may notice some changes to the experience based on client feedback.

**Net worth**        As of 12/07/2023

**$0.00**

Assets       $0.00

Liabilities       $0.00

Feedback

**View details**

# Add a new goal

# Lets help you create your first goal

We know you have goals you're trying to reach. By creating these goals here you can see how you're doing, and get suggestions designed to improve your outlook.



**Fidelity**

# Summary

AS OF Dec-07-2023
3:36 PM ET    ⚙

**All accounts**     $0.00

INVESTMENT

Individual /    $0.00
MUHAMMAD
JAMIL
ABDUL TR
Z27548568

⬈ Link an external
account

\+ Open an account

## All accounts

Set up your new account

---

🔔  **We found at least one account without a beneficiary**

Make sure your money goes where you want it to—add a beneficiary to your account today.

Update your account

### Balance at Fidelity

Balance details

**All about Roth IRA conversions**

Consider this indirect strategy if you earn too much to contribute directly to a Roth IRA.

Learn more

**Open & fund a Fidelity IRA**

No account fees or minimums to open

Log Out

# Selected Accounts

Summary Views    Stock Analysis    Fixed Income Analysis    Ratings

Glossary of Terms

| Account View | Goal View | 0 of 0 Accounts Selected | $0* Which view should I select? |

Want to learn more about some of our investment products? We can help you compare options. Get started

## Asset Allocation

0% of your selected account is invested in stocks, which resembles a Short Term portfolio.

| | | Current |
|---|---|---|
| | Domestic Stock | 0% |
| | Foreign Stock | 0% |
| Total $0 | Bonds | 0% |
| | Short Term | 0% |
| | Unknown | 0% |
| | Other | 0% |

Learn more about your asset allocation

## Top Positions & Ratings

We do not have information for this analysis

View all of your positions

## Stock Analysis

**Style**    Sector

You don't have a sufficient number of stock holdings in these accounts for us to evaluate your stock "style."

## Fixed Income Analysis

**Style**    Sector

You don't have a sufficient number of bond holdings in your selected accounts for us to evaluate your bond "style."







STATE OF NEW YORK
BROOME COUNTY

I, Joseph A. Mihalko, Clerk of the County of Broome of the County Court of said County and of

the Supreme Court, both being courts of Record having a common seal, DO HEREBY CERTIFY

that I have compared this copy with the original

        DESCRIPTION: BUSINESS CERTIFICATE

        DATE:        07/21/2023

        INSTRUMENT#:  B2023000452

filed, recorded, or entered in this office and that the same is a correct transcript thereof and of the

whole of said original.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said County and

Courts on

Date: _____07/21/2023_____

By Christopher P. Dziedzic
Executive Deputy County Clerk

# Certificate of Doing Business Under an Assumed Name (D/B/A)

Joseph A. Mihalko, County Clerk - Broome County Clerk's Office
Broome County Office Building, 3rd Floor, 60 Hawley Street, Binghamton, NY  13901   (607) 778-2451

**I HEREBY CERTIFY** that I am conducting or transacting business in Broome County pursuant to Section 130 of the New York State General Business Law, under the name or designation and at the address of:

**BUSINESS NAME:** _Jamil ABDUL MuHAMMAD (sor Corporate Sole,_

**BUSINESS ADDRESS:** _119 CLINTON St. APT. 5_
_BiNGHAMTON, NEW YORK 13905_

My full name and place of residence is:

**NAME:** _MuHAMMAD JAMIL ABDUL_

**ADDRESS:** _119 CLINTON St. APT. 5_
_BINGHAMTON, NEW YORK 13905_

**I FURTHER CERTIFY** that I am successor in interest to _____
(Name of former owner of business, if applicable)

who formerly used this name or names to conduct or transact business.

**I FURTHER CERTIFY** that I am _____ years of age (if under 18).

**MY SIGNATURE:** _Muhammad Jamil Abdul_   Date: _7-21-23_

STATE OF NEW YORK:
: ss.:
COUNTY OF BROOME:

On this ___21___ day of ___July___, year __2023__, before me, the undersigned personally appeared __Jamil Mohammed__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Signature and Office of Individual taking acknowledgement - Notary Public

GENEVIEVE K. KERMIDAS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KE6286842
Qualified in Broome County
Commission Expires August 5, 2025

FILED
BROOME COUNTY CLERK
JUL 21 2023

**Instructions:** Use this form for DBA by Individual(s). Complete the form but **DO NOT SIGN IT** until in the presence of a Notary Public or Deputy County Clerk or County Clerk. There are Notary Publics on staff who will witness your signature. Bring the form with you to the Broome County Clerk's Office. 3rd Floor, County Office Building together with $25.00 cash or check made payable to the Broome County Clerk. Certified copies are $5.20 per certified copy. Our document filing hours are 9:00 AM to 4:30 PM Monday through Friday, except holidays. If you have any questions, please call (607) 778-2451. Legal questions should always be addressed to an attorney.

Revised 01/2019

# MEMBERSHIP CARD

## JAMIL MUHAMMAD
## M-01429760

Annual Adult
Expires: 7/3/2024
29AH-B Binghamton University

*Leon W. Russell*
Leon W Russell
Chairman, National Board of Directors

MAKING
DEMOCRACY
WORK SINCE 1909

NAACP

# NAACP
## Mission Statement

The Mission of the NAACP is to ensure
the political, educational, social and economic
equality of rights of all persons and to eliminate
racial hatred and racial discrimination.

NAACP Membership Department P: 866-63-NAACP

**NAACP.ORG** | 🆕💬📷▶️ @NAACP