UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

        -v-                      3:24-CV-89

SECURITIES EXCHANGE
COMMISSION *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

        -v-                      3:24-CV-133

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

        -v-                      3:24-CV-157

FEDERAL RESERVE BANK
OF NEW YORK *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

        -v-                   3:24-CV-182

UNITED STATES DEPARTMENT
OF THE TREASURY *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

        -v-                   3:24-CV-197

OFFICE OF MANAGEMENT
AND BUDGET *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

        -v-                   3:24-CV-208

INTERNATIONAL MONETARY
FUND *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

            Plaintiff,

        -v-                    3:24-CV-251

TENNESSEE VALLEY
AUTHORITY *et al.*,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

            Plaintiff,

        -v-                    3:24-CV-277

BANK OF INTERNATIONAL
SETTLEMENT *et al.*,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

            Plaintiff,

        -v-                    3:24-CV-288

EUROPEAN CENTRAL
BANK *et al.*,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

           -v-                        3:24-CV-298

EASTERB CARIBBEAN
CENTRAL BANK *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

           -v-                        3:24-CV-299

CENTRAL BANK OF WEST
AFRICAN STATES *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

               Plaintiff,

           -v-                        3:24-CV-300

BANK OF CENTRAL
AFRICAN STATES,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIL ABDUL MUHAMMAD,

                Plaintiff,

                -v-                        3:24-CV-360

THE WORLD BANK
GROUP *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                OF COUNSEL:

JAMIL ABDUL MUHAMMAD
Plaintiff, Pro Se
119 Clinton Street, Apt. 5
Binghamton, NY 13905

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

Between January 18, 2024, and March 15, 2024, *pro se* plaintiff Jamil Abdul Muhammad ("plaintiff") filed these thirteen civil actions. Plaintiff moved for leave to proceed *in forma pauperis* ("IFP") in each case. Broadly speaking, plaintiff's complaints name different banking- or banking-adjacent institutions and institutional defendants and allege, in conclusory terms, that these defendants somehow violated his rights.

On June 11, 2024, U.S. Magistrate Judge Miroslav Lovric granted each IFP application, reviewed the pleading in each case, and has advised by Report & Recommendation ("R&R") that these thirteen actions be dismissed without leave to amend as factually and legally frivolous.[1]

In each case, plaintiff sought and received a generous extension of time in which to file objections to Judge Lovric's R&R.  But in each case, that period of time has expired without an objection.  Thus, upon review for clear error, the R&R is accepted in each case and will be adopted in all respects.  *See* FED. R. CIV P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation is ACCEPTED; and

2.  Plaintiff's complaint in each of the above-referenced civil actions is DISMISSED without leave to amend as FRIVOLOUS.

The Clerk of the Court is directed to docket a copy of this Order in each of the thirteen above-referenced actions, terminate any pending motions, enter judgments accordingly, and close each file.

IT IS SO ORDERED.

---

[1] Prior to filing these thirteen frivolous cases, plaintiff filed a civil action alleging that different defendants violated his civil rights in connection with a traffic stop.  That action, which is docketed at 3:24-CV-37, remains pending.  Plaintiff has been given partial leave to amend in that case.

Dated:  August 22, 2024
        Utica, New York.

David N. Hurd
U.S. District Judge